## U.S. PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** William Wesley Bates      **Docket Number:** 1-17-CR-49-001

**Name of Sentencing Judicial Officer:** The Honorable Terry R. Means
United States District Judge

**Name of Presiding Judicial Officer:** The Honorable Harry S. Mattice
United States District Judge

**Date of Original Sentence:** March 11, 2014

**Transfer of Jurisdiction:** Jurisdiction transferred from Northern District of Texas, Docket Number 4:13CR99-Y(1); to Eastern District of Tennessee, Docket Number 1:17CR49, on April 10, 2017.

**Original Offense:** Possession of Counterfeit Obligations

**Class:** C Felony      **Criminal History Category:** VI

**Original Sentence:** 60 months imprisonment, followed by 2 years of supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** October 11, 2016

**Date Supervision Expires:** October 10, 2018

**Assistant U.S. Attorney:** J. Michael Worley

**Defense Attorney:** Christopher A. Curtis

**Revocation Guideline Range:** 21 to 27 Months (Grade B Violations)

**Statutory Maximum:** 2 Years

*********************************************

### PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition:** The defendant shall not commit another federal, state or local crime. |

According to a law enforcement report, on January 23, 2017, Mr. Bates did knowingly and intentionally participate in the manufacturing of a counterfeit one hundred dollar bill ($100) with serial number HF89577168C. The bill was later passed at Duck River.

According to a law enforcement report, on January 29, 2017, Mr. Bates did knowingly and intentionally participate in the manufacturing of a counterfeit one hundred dollar bill ($100) with serial number HF89577168C. The bill was later passed at Taco Bell.

According to a law enforcement report, on January 31, 2017, Mr. Bates did knowingly and intentionally participate in the manufacturing of a counterfeit one hundred dollar bill ($100) with serial number HF89577168C. The bill was later passed at Wendy's.

According to a law enforcement report, on February 1, 2017, Mr. Bates did knowingly and intentionally participate in the manufacturing of a counterfeit one hundred dollar bill ($100) with serial number HF89577168C. The bill was later passed at Quick Mart.

According to a law enforcement report, on February 1, 2017, Mr. Bates did knowingly and intentionally participate in the manufacturing of a counterfeit one hundred dollar bill ($100) with serial number HF89577168C. The bill was later passed at Circle K.

Mr. Bates was arrested on February 1, 2017, by the Shelbyville Police Department on the above listed charges. Mr. Bates was in possession of several items used to manufacture counterfeit money and later confessed to his involvement in making counterfeit money. This all occurred in Shelbyville, Bedford County, Tennessee. He is currently in the Franklin County Jail, under a $150,000 cash bond. Mr. Bates had a scheduled Court hearing on March 17, 2017, and no other information is available at this time.

**Assessment of Flight/Danger and Bond Recommendation:** According to Mr. Bates' presentence report, his criminal history includes, but not limited to the following: two counts of Delivery of Marijuana of Five Pounds or Less but More Than One-Fourth Ounce (1996), Burglary of Habitation (1997), Possession of a Controlled Substance Namely: Cocaine of Less Than 1 Gram (1999), Engaging in Organized Criminal Activity (2000), Failure to Identify, Evading Arrest or Detention (2001), Fugitive from Justice (2001), Theft of Property, $50 to $500 (2001), three counts of Theft (2001), Theft of Property $1,500 to $2,000 (2001), Attempted Burglary (2003), Theft of Property (2003), Theft of Property $50 to $500 (2005), Theft of Property Under $1,500 With Two or More Previous Convictions (2005), Assault Causing Bodily Injury, Family Member (2006), Theft of

PROB12C(REVOKE) - 12/2006
Case 1:17-cr-00049-HSM   Document 3 *SEALED*   Filed 06/21/17   Page 2 of 4   PageID #:
Case 3:21-mj-04193   Document 1-1   Filed 09/15/21   Page 2 of 4 PageID #: 3

Property Under $1,500 With Two Prior Convictions (2006), Theft of Property Under $50 With Prior Convictions (2006), Theft of Vehicle $1,500 to $20,000 (2006), Theft of Property Under $1,500 With Prior Convictions (2007), Driving While License Suspended (2007), Theft of Property $50, Prior Convictions (2008), Driving While Intoxicated(DWI) (2009), Criminal Mischief $500 to $1,500 (2009), Forgery Financial Instrument (2009), Forgery of Government/National Instrument/Money/Security (2010), Assault Causing Bodily Injury (2010), Theft of Property Under $1,500 With Prior Convictions (2011), Forgery of Financial Instrument Elderly (2011), and Forgery (2011).

As indicated above, Mr. Bates has an extensive criminal record and much of his history includes what is alleged in the new criminal offense, including the federal offense that resulted in his most recent prison sentence in 2014. Mr. Bates had not been on supervised release more than four months and was arrested for serious criminal offenses. This is unacceptable behavior for anyone, let alone someone under federal supervision. Mr. Bates has displayed a total disregard for the Court and the conditions of supervised release. Based on the aforementioned information, the probation office believes Mr. Bates is a danger to the community and respectfully recommends that he be **detained** pending a final revocation hearing before the Court.

**Petitioning the Court to order:**

That a **Warrant** be issued and the defendant be ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2017.

Respectfully submitted,

Crystal Johnson
2017.06.19
14:09:30 -04'00'

Crystal L. Johnson
Supervising United States Probation Officer

PROB12C(REVOKE) - 12/2006
Case 1:17-cr-00049-HSM   Document 3 *SEALED*   Filed 06/21/17   Page 3 of 4   PageID #: 37
Case 3:21-mj-04193   Document 1-1   Filed 09/15/21   Page 3 of 4 PageID #: 4

PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION    PAGE 4
RE: WILLIAM WESLEY BATES    DOCKET NUMBER: 1-17-CR-49-001

APPROVED:

*[signature]* Bobby J. Byars
2017.06.19 13:31:43
-04'00'

Joey Byars
Supervising United States Probation Officer

CLJ:rdb

---

ORDER OF COURT:

A **Warrant** is to be issued and the defendant is ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked. This petition is to be placed under seal until the defendant is arrested or appears in Court.

So ordered.

ENTER.

                        /s/ Harry S. Mattice, Jr.
                        Harry S. Mattice
                        United States District Judge

PROB12C(REVOKE) - 12/2006
Case 1:17-cr-00049-HSM   Document 3 *SEALED*   Filed 06/21/17   Page 4 of 4   PageID #: 38
Case 3:21-mj-04193   Document 1-1   Filed 09/15/21   Page 4 of 4 PageID #: 5